**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF N.S., A MINOR | : | No. 184 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: N.S., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF A.F., A MINOR | : | No. 185 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: N.S., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF: A.S., A MINOR | : | No. 186 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: N.S., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF: N.S., JR., A MINOR | : | No. 187 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: N.S., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.